LOUIS F. ROTHSCHILD et al., Copartners Doing Business under the Name of L. F. ROTHSCHILD & Co., Respondents, *v.* IDA CLAWANS et al., Appellants.

Argued April 7, 1952; decided May 22, 1952.

*Herbert Goldmark* and *Joseph K. Guerin* for appellants.
*Sam L. Cohen* and *Felix A. Fishman* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.